FILED

IN THE UNITED STATES DISTRICT COURT          OCT 1 1 2005

FOR THE WESTERN DISTRICT OF TEXAS          CLERK, U.S. DISTRICT COURT
                                           WESTERN DISTRICT OF TEXAS

                                                    DEPUTY CLERK

WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | Cause No. _____ WO5CR182 |
| VS. | § | (Judge Smith) |
| | § | |
| WALTER DOUGLAS ANDERSON | § | |
| | § | [Violations:] |
| | § | Count 1 |
| | § | 18 U.S.C. § 2252(a)(1) |
| | § | Transportation of Child Pornography |
| | § | Count 2 |
| | § | 18 U.S.C. § 2252(a)(4)(B) |
| | § | Possession of Child Pornography |
| | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### COUNT ONE
### [18 U.S.C. § 2252(a)(1)]

That on or about March 16, 2005, in the Western District of Texas and elsewhere, the

Defendant, **Walter Douglas Anderson**, did knowingly transport and ship, in interstate commerce,

one or more visual depictions of minor engaging in sexually explicit conduct.

A.      The production of the visual depictions transported and shipped involved the

use of one or more minors engaging in sexually explicit conduct.

B.      The means of the transportation and shipment of the visual depictions was via

computer and the Internet.

C.      The visual depictions were in the form of data stored as a computer file and by

electronic means that was capable of being converted into visual images.

D.    The sexually explicit conduct depicted, included but was not limited to, the

following:

| Image | Description |
|-------|-------------|
| img.6.jpg | A nude minor female sitting back with her legs spread wide apart. The minor female is engaged in lascivious exhibition of her genitals. |
| img.9.jpg | A nude minor female leaning back with her legs spread wide apart and holding tomatoes in her hands. The minor female is engaged in lascivious exhibition of her genitals and is leaning back against another nude minor female. |
| img.5.jpg | A partially nude minor female sitting back with her legs spread wide apart. The minor female is engaged in lascivious exhibition of her genitals and is depicted removing her underwear from her left leg which is held high in the air. |
| img.13.jpg | A nude minor female standing with her hands on her hips. The minor female is engaged in lascivious exhibition of her genitals and a string of sausages is hanging across her body. |
| img.14.jpg | A nude minor female leaning back with her legs spread wide apart and her hands held behind her head. The minor female is engaged in lascivious exhibition of her genitals and is sitting next to another nude minor female who is inserting a cucumber into her mouth. |
| img.12.jpg | A nude minor female laying on her stomach with her back and buttocks facing up and with her legs spread wide apart. The minor female is engaged in lascivious exhibition of her genitals. |

A violation of Title 18, United States Code, Sections 2252 (a) (1).

## COUNT TWO
### [18 U.S.C. § 2252 (a) (4) (B)]

That on or about July 19, 2005, in the western District of Texas, the Defendant, **Walter

Douglas Anderson**, did knowingly possess one or more matters, namely compact disks which

contained one or more visual depictions of minor engaging in sexually explicit conduct.

A.    The production of the original visual depictions involved the use of one or more minors engaging in sexually explicit conduct.

B.    The visual depictions were in the form of data stored on a computer hard drive and other electronic means that was capable of being converted into visual images.

C.    The visual depictions recovered from the compact disk were produced using materials that had been shipped and transported in interstate commerce and foreign commerce.

D.    The visual depictions of minor engaging in sexually explicit conduct consisted of over six hundred images stored as computer files.

E.    The sexually explicit conduct depicted included, but was not limited to the following files:

| Image | Description |
|---|---|
| 12.jpg | A nude minor female sitting back with her legs spread wide apart. The minor female is engaged in lascivious exhibition of her genitals. |
| 15.jpg | A nude minor female leaning back with her legs spread wide apart and holding tomatoes in her hands. The minor female is engaged in lascivious exhibition of her genitals and is leaning back against another nude minor female. |
| 11.jpg | A partially nude minor female sitting back with her legs spread wide apart. The minor female is engaged in lascivious exhibition of her genitals and is depicted removing her underwear from her right leg which is held high in the air. |
| 19.jpg | A nude minor female standing with her hands on her hips. The minor female is engaged in lascivious exhibition of her genitals and a string of sausages is hanging across her body. |

| Images | Descriptions |
|---|---|
| 30.jpg | A nude minor female leaning back with her legs spread wide apart and her hands held behind her head.  The minor female is engaged in lascivious exhibition of her genitals and is sitting next to another nude minor female who is inserting a cucumber into her mouth. |
| 18.jpg | A nude minor female laying on her stomach with her back and buttocks facing up and with her legs spread wide apart.  The minor female is engaged in lascivious exhibition of her genitals. |
| %7emberll.jpg | A minor female holding her hair back while a nude adult male's penis is inserted in her mouth. |
| 06lucy~1.jpg | A nude prepubescent minor female penetrated by the penis of an adult male. |
| 11yranal.jpg | A nude minor female being raped by adult male who is holding the minor female's left leg near her exposed genitals. |
| 18.jpg | A crying nude minor female laying on a bed with her legs held up in the air and wide apart so that her genitals are exposed.  The minor female is wearing a collar around her neck. |
| 31864401g.jpg | A nude minor female laying on a bed with her legs spread so that her genitals are exposed.  A nude adult male is ejaculating on her. |
| 31935701g.jpg | A nude minor female laying on a bed while an adult touches her/his mouth on the genitals of the minor female. |
| 31935711g.jpg | A nude minor female laying on a bed with her legs spread so that her genitals are exposed. The words "10 Y full of cum" appear on the image. |
| 31936691g.jpg | A nude infant male laying on a bed with his legs spread so that his genitals are exposed. An adult female is inserting the child's penis in her mouth.  The words "BABY SEX" appear on the image. |
| 32014751g.jpg | A blindfolded nude minor female bound and hanging from her wrists with her legs also bound so that her legs are spread wide apart and her genitals are exposed. |
| 32016541g.jpg | Two nude minor females standing next to one another with their genitals exposed. One minor female is touching the genitals of the other minor female. |
| 32017921g.jpg | A nude minor female who is sitting down while a nude adult male ejaculates on her. |

| abuse2009.jpg | A partially nude minor female laying down with her legs spread open so that her genitals and anus are exposed.  A long thin wooden object is being inserted in her anus. |
|---|---|
| childbucs.jpg | A partially nude minor female laying down with her knees pulled toward her head so that her genitals and anus are exposes.  The words "REAL CHILDREN PORNO" appear on the image. |
| gagpus.jpg | A nude minor female laying on a bed with her legs spread so that her genitals are exposed.  A gag is strapped to her mouth. |
| imaginepreteen.jpg | A nude minor female bending over with her legs spread so that her genitals and anus are exposed.  The words "Preteen Girls Nude!" appear on the image. |
| kg53-08.jpg | A nude minor female with her legs pulled back so that her genitals are exposed.  The words "Inga - 5 y" appear on the image. |
| 11-12-01.jpg | A partially nude minor female standing with her dress lifted up so that her anus and buttocks are exposed.  The words "Lolita Love 12" appear on the image. |
| mastgag.jpg | A nude minor female sitting on a bed with her legs spread so that her genitals are exposed.  A gag is strapped to her mouth. |
| mc1t2449sex.jpg | A nude minor female sitting on a nude adult male's lap.  The minor female's legs are spread so that her genitals are exposed.  The minor female is wearing a collar around her neck. |
| 12_yr_old_boat_rape.mpg | An approximately eight (8) second digital video file depicting a partially nude minor female in a boat who is being raped by an partially clothed adult male while another adult male holds the minor female child's head down. |

A violation of Title 18, United States Code, Section 2252(a)(4)(B).

A TRUE BILL

**SEALED DOCUMENT PURSUANT
TO E-GOVERNMENT ACT OF 2002**

FOREPERSON OF THE GRAND JURY

Johnny K. Sutton
United States Attorney
Western District of Texas

By: _____

GRANT SPARKS
Special Assistant United States Attorney

INDICTMENT- Anderson
Page 6